

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EJ Madison, LLC., a Texas Limited Liability Company, | § | No. 08-17-00229-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 205th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| Pro-Tech Diesel, Inc., | | |
| | § | (TC# 2015-DCV2479) |
| Appellees. | | |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **September 18, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Steven L. Hughes, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before September 18, 2018.

IT IS SO ORDERED this 17th day of August, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.